Anna M. Rossi, Cal. State Bar No. 106229
Duncan MacDonald, Cal. State Bar No. 148684
ROSSI & MACDONALD APC
A PROFESSIONAL CORPORATION
369 Pine Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 956-7777
Facsimile: (844) 287-8360

Attorneys for Plaintiff Marc Marchioli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (EASTERN DISTRICT)

| | |
|---|---|
| MARC MARCHIOLI,<br><br>         Plaintiff,<br><br>   v.<br><br>EISENHOWER MEDICAL CENTER, PRE-EMPLOY.COM, INC, and DOES 1 THROUGH 10,<br><br>         Defendants. | Case No. 3:16-cv-02908<br>            4:16-cv-02908-DMR<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marc Marchioli hereby voluntarily dismisses his complaint inadvertently filed through the wrong ECF portal.  Said complaint will be refiled in the Eastern District of California.  This dismissal shall be without prejudice and with each party to bear their own fees and costs.

Dated: June 1, 2016                         ROSSI & MACDONALD
                                            A PROFESSIONAL CORPORATION

                                                      /S/
                                            By: _____
                                                  Duncan MacDonald
                                                  Attorneys for Plaintiff